Raul Carranza BARRERA;
et al., Petitioners,

v.

Michael B. MUKASEY, Attorney
General, Respondent.

No. 07–72334.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007 *.

Filed Nov. 19, 2007.

Raul Carranza Barrera, Fontana, CA,
pro se.

Rosa Ysela Carranza Guzman, Fontana,
CA, pro se.

CAC–District Counsel, Esq., Office of
the District Counsel, Department of
Homeland Security, Los Angeles, CA,
Ronald E. Lefevre, Chief Counsel, Office
of the District Counsel, Department of
Homeland Security, San Francisco, CA,
Manuel A. Palau, U.S. Department of Jus-
tice, Civil Div./Office of Immigration Lit.,
Washington, DC, for Respondent.

Before: McKEOWN, TALLMAN and
CLIFTON, Circuit Judges.

MEMORANDUM **

The court vacates its September 7, 2007
order.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

This is a petition for review of the Board
of Immigration Appeals' ("BIA") order de-
nying petitioners' motion to reconsider and
motion to reopen.

The BIA's denial of a motion to recon-
sider and a motion to reopen is reviewed
for abuse of discretion. *See Cano–Merida
v. INS,* 311 F.3d 960, 964 (9th Cir.2002).
The regulations state that a motion to
reconsider must be filed within 30 days of
the mailing of the BIA decision. *See* 8
C.F.R. § 1003.2(b)(2).

The BIA did not abuse its discretion in
denying petitioners' February 2, 2007 mo-
tion to reconsider which sought reconsid-
eration of the BIA's November 6, 2006
decision. Accordingly, to the extent peti-
tioners seek review of the BIA's denial of
the motion to reconsider, respondent's
motion for summary disposition is granted
because the questions raised by this peti-
tion for review are so insubstantial as not
to require further argument. *See United
States v. Hooton,* 693 F.2d 857, 858 (9th
Cir.1982) (per curiam) (stating standard).

To the extent petitioners challenge the
BIA's denial of the motion to reopen, re-
spondent's motion to dismiss this petition
for review for lack of jurisdiction is grant-
ed. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Fer-
nandez v. Gonzales,* 439 F.3d 592, 601 (9th
Cir.2006) (concluding that the court lacks
jurisdiction to review the Board of Immi-
gration Appeals' denial of motion to reopen
for failure to establish a prima facie case if
a prior adverse discretionary decision was
made by the agency).

The temporary stay of removal con-
firmed by Ninth Circuit General Order
6.4(c) shall continue in effect until issuance
of the mandate.

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.